**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION (Specified Ancillary Matters) | **No. 18-md-2323-AB**<br>**MDL No. 2323** |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

The Clerk of Court shall issue a new case number in this matter: **18-md-2323-AB**, which shall be reserved exclusively for a subset of matters in the National Football League Players' Concussion Injury Litigation relating to attorney involvement with assignments and attempted assignments of Monetary Awards arising out of this litigation, and other issues as are specified by the Court.

　　　　　　　　　　　　　　　　　　　　s/Anita B. Brody

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

　　　　　　　　　　　　　　　　　　　　3/28/2018