UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB <br> : <br> : MDL No. 2323 <br> : <br> : Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br> Plaintiffs, <br> v. <br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| THIS DOCUMENT RELATES TO <br><br> 18:md-2323-AB | : <br> : <br> : |

**DECLARATION OF ARNOLD LEVIN, ESQUIRE PURSUANT
TO THIS COURT'S ORDER DATED MARCH 28, 2018**

Arnold Levin declares the following, pursuant to 28 U.S.C. § 1746, based upon his personal knowledge, information, and belief:

1.  I am the senior partner at Levin Sedran & Berman LLP. Pursuant to this Court's Order dated March, 28, 2018, I submit this declaration.

2.  I was appointed by the Court to serve on the Plaintiffs' Steering Committee in *In re National Football League Players' Concussion Injury Litigation*, MDL No. 2323 (E.D. Pa.) [ECF No. 64]. I was also appointed to serve as Class Counsel and Subclass Counsel for Subclass 1 in connection with the Class Action Settlement ("Settlement") dated June 25, 2014 between the Plaintiff Class and the Defendants National Football league and NFL Properties LLC, approved on May 8, 2015. *See In re National Football League Players' Concussion Injury Litig.*, 307

F.R.D. 351 (E.D. Pa. 2015), *amended*, 2015 WL 12827803, *1 (E.D. Pa. May 8, 2015), *aff'd*, 821 F.3d 410 (3d Cir.), *cert. denied*, 137 S. Ct. 592 (2016).

3. Levin Sedran & Berman LLP ("LSB") has represented in the past, and currently represents, the following Plaintiffs in this litigation:

    A. Brian and Caroline Henesey ("Henesey")
       LSB serves as co-counsel with McLafferty & Associates;

    B. Roger and Jean Shoals ("Shoals")
       LSB serves as co-counsel with McLafferty & Associates;

    C. Shawn Wooden ("Wooden")
       LSB serves as co-counsel with Podhurst Orsecka, PA; and

    D. Jamaica Rector ("Rector")
       LSB serves as co-counsel with Seeger Weiss.

4. LSB has represented in the past, but no longer represents, the following Plaintiffs in this litigation:

    A. Andrew Glover;

    B. Jojuan Armour;

    C. Kywin Supernaw; and

    D. Fred Barnett.

5. Plaintiffs, Henesey, Shoals, Rector, and Wooden are members of the Settlement Subclass 1 certified by the Court. They have registered for Settlement benefits but have not applied for a Monetary Award, received a Monetary Award or been told they will receive a Monetary Award.

6. Plaintiffs, Henesey, Shoals, Rector, and Wooden have not entered agreements to assign their rights to a Monetary Award ("Assignments").

7. LSB served as co-counsel with Seeger Weiss for Corey Swinson who passed

away after the Settlement Term Sheet was announced in September, 2013. Prior to his passing, Mr. Swinson served as a Subclass Representative for Subclass 1. Mr. Swinson was not eligible for a Monetary Award prior to his death, and he did not enter an agreement to assign his rights to a Monetary Award.

8. LSB is not entitled to or obligated to pay forward any portion of any class members' Monetary Award to a Third Party Litigation Funder as referenced by this Court's March 28, 2018 Order.

9. LSB has not played any role in creating, promoting or facilitating Assignments or obligations as referenced above because none of LSB's clients have received funding from a Third Party Litigation Funder.

10. No LSB attorney or attorney associated with LSB has a direct or indirect association with any Third Party Litigation Funder used by Settlement Class members.

11. LSB has no Assignments referenced above for Third Party Litigation Funders.

12. LSB does not have any documents to submit responsive to this Court's March 28, 2018 Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2018

ARNOLD LEVIN, ESQUIRE
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
215-592-1500

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing Declaration of Arnold Levin was served electronically via the Court's electronic filing system on the 20th day of April, 2018, upon all counsel of record.

Dated: April 20, 2018                                         /s/ Arnold Levin
                                                              ARNOLD LEVIN, ESQUIRE