# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br><br>       Defendants, | **No. 2:18-md-2323-AB**<br>**MDL No. 2323**<br><br><br><br>No. 2:12-md-02323-AB<br>MDL No. 2323<br><br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS, | |

## DECLARATION OF FREDERICK SCHENK IN RESPONSE TO THE COURT'S ORDER DATED 3/28/18 REGARDING THE ATTORNEYS' FEES QUALIFIED SETTLEMENT FUND

I, FREDERICK SCHENK, declare:

1. I am an attorney licensed to practice before all the courts of the State of California, including the United States District Court, and am attorney in the law

firm of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP, attorneys appointed by this Court to serve on the Plaintiffs' steering committee.

2. All matters stated herein are personally known to me, and if called as witness in this matter, I could competently testify thereto.

3. I declare that Casey Gerry Schenk Francavilla Blatt & Penfield, LLP is seeking payment from the Attorneys' Fees Qualifes Settlement Fund and hereby answer the following questions presented by the Court:

> 1.A. At one time, we represented 32 Settlement Class Members. However, we longer represent 11 of those Settlement Class Members.
>
> 1.B. I currently represent 21 Settlement Class Members in this litigation.
>
> 2.A. To date, zero (0) Settlement Class Members have received an award.
>
> 2.B. I have been informed that one (1) Settlement Class Member is entitled to receive a Monetary Award.
>
> 2.C. One (1) Settlement Class Member has applied for a Monetary Award.
>
> 2.D. Based on my information and belief, five (5) Settlement Class Members will be eligible to receive a Monetary Award.

Case 2:18-md-02323-AB   Document 11   Filed 04/06/18   Page 3 of 4

3. None of the Settlement Class Members that I represent have entered agreements to assign their rights to a Monetary Award.

4. None of the Settlement Class Members represented by me have entered into the Assignments referenced in question 3.

5. I am not obligated to pay or forward any portion of a Settlement Class Member's Monetary Award to any third party litigation funder.

6. Not applicable.

7. Not applicable.

8. Not applicable.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2018, at San Diego, California.

CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP

/s/ *Frederick Schenk*
Frederick Schenk
California Bar No. 086392
110 Laurel Street
San Diego, CA 92101
Ph: (619) 238-1811
Fax: (619) 544-9232
fschenk@cglaw.com

3
DECLARATION OF FREDERICK SCHENK

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record by the Court's ECF system.

Dated:  April 6, 2018

                                          CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP

                                          /s/ *Frederick Schenk*
                                          Frederick Schenk
                                          California Bar No. 086392
                                          110 Laurel Street
                                          San Diego, CA 92101
                                          Ph: (619) 238-1811
                                          Fax: (619) 544-9232
                                          fschenk@cglaw.com