# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-02323-AB<br>MDL No. 2323<br><br>No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## **FANECA OBJECTORS' NOTICE OF INTENT TO ARGUE**

Pursuant to the Court's Order dated May 7, 2018, counsel for the Faneca Objectors hereby give notice of intent to argue at the May 15, 2018 hearing concerning the allocation of attorneys' fees from the Attorneys' Fees Qualified Settlement Fund.

The bases for the Faneca Objectors' fee request can be found in the following documents:

- On January 11, 2017, counsel for the Faneca Objectors filed their petition for attorneys' fees and expenses. Dkt. 7070.

- On March 27, 2017, counsel for the Faneca Objectors filed a response in support of their fee petition. Dkt. 7366. That filing responded to certain objections that had been filed opposing their request for fees and to fee requests that had been submitted by counsel for other objectors.

- On April 25, 2017, counsel for the Faneca Objectors filed a reply in support of their fee petition.  Dkt. 7550.  That reply responded to Co-Lead Class Counsel's opposition to the Faneca Objectors' fee request, among other filings.

- On May 18, 2017, counsel for the Faneca Objectors filed a reply in further support of their fee petition.  Dkt. 7708.  That reply responded to an objection to their attorneys' fees request filed by attorney Craig Mitnick on May 9, 2017.

- On October 27, 2017, counsel for the Faneca Objectors filed a response to Co-Lead Class Counsel's proposed allocation of attorneys' fees.  Dkt. 8726.

Dated:  May 8, 2018

Respectfully submitted,

/s/ Steven F. Molo

| | |
|---|---|
| William T. Hangley<br>Michele D. Hangley<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA  19103<br>(215) 496-7001 (telephone)<br>(215) 568-0300 (facsimile)<br>whangley@hangley.com<br>mdh@hangley.com<br><br>Linda S. Mullenix<br>2305 Barton Creek Blvd., Unit 2<br>Austin, TX  78735<br>(512) 263-9330 (telephone)<br>lmullenix@hotmail.com | Steven F. Molo<br>Thomas J. Wiegand<br>MOLOLAMKEN LLP<br>430 Park Ave.<br>New York, NY  10022<br>(212) 607-8160 (telephone)<br>(212) 607-8161 (facsimile)<br>smolo@mololamken.com<br>twiegand@mololamken.com<br><br>Eric R. Nitz<br>MOLOLAMKEN LLP<br>600 New Hampshire Ave., NW<br>Washington, DC  20037<br>(202) 556-2000 (telephone)<br>(202) 556-2001 (facsimile)<br>enitz@mololamken.com |

*Counsel for the Faneca Objectors*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Faneca Objectors' Notice of Intent To Argue was filed electronically with the Clerk of Court using the CM/ECF System on May 8, 2018. The CM/ECF System will serve all counsel of record.

    /s/ Steven F. Molo