IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br><br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civ. Action No. 14-00029-AB |

## CO-LEAD CLASS COUNSEL ANAPOL WEISS'S NOTICE OF INTENT TO ARGUE

Pursuant to the Court's Order of May 8, 2018, undersigned counsel for Co-Lead Class Counsel Anapol Weiss hereby gives notice of its intent to argue at the May 15, 2018 hearing concerning the allocation of attorneys' fees from the Attorneys' Fees Qualified Settlement Fund.

The basis for Anapol Weiss's fee request and proposed allocation framework is based on the following documents:

- On February 13, 2017,Co-Lead Class Counsel filed their Petition for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Five Percent of Each Monetary Award and Derivative Claimant Award, and Case Contribution

1

Awards to Class Representatives requesting the *total* attorneys' fees and costs associated with Common Benefit work but not addressing allocation itself. ECF Dkt. 7151.

- On October 27, 2017, Co-Lead Class Counsel Anapol Weiss filed its Proposed Alternative Methodology for the Allocation of Common Benefit Attorneys' Fees in response to Co-Lead Class Counsel Christopher Seeger's proposed allocation. ECF Dkt. 8701.

                        PIETRAGALLO GORDON ALFANO
                        BOSICK & RASPANTI, LLP

By: */s/Gaetan J. Alfano*
     GAETAN J. ALFANO, ESQUIRE
     I.D. No. 32971
     1818 Market Street
     Suite 3402
     Philadelphia, PA 19103
     (215) 320-6200

Dated: May 10, 2018        *Attorney for Anapol Weiss*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Co-Lead Class Counsel Anapol Weiss's Notice of Intent to Argue was filed electronically with the Clerk of Court using the Cm/ECF System on May 10, 2018. The CM/ECF System will serve all counsel of record.

                PIETRAGALLO GORDON ALFANO
                BOSICK & RASPANTI, LLP


By: */s/Gaetan J. Alfano*
     GAETAN J. ALFANO, ESQUIRE
     I.D. No. 32971
     1818 Market Street
     Suite 3402
     Philadelphia, PA 19103
     (215) 320-6200

Dated: May 10, 2018        *Attorney for Anapol Weiss*