# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　Defendants.<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | **Hon. Anita B. Brody**<br><br>**E-filed in:**  18-md-02323-AB |

**POPE MCGLAMRY'S NOTICE OF INTENT TO ARGUE**
**IN RESPONSE TO THE COURT'S MAY 7, 2018 ORDER [ECF NO. 9970]**

Pursuant to the Court's May 8, 2018 Order (ECF Doc. No. 9970 in MDL-2323), Pope, McGlamry, PC, gives Notice of Intent to Argue at the May 15, 2018 hearing concerning the allocation of attorneys' fees from the Attorneys' Fees Qualified Settlement Fund.

1

The docket entries providing for the bases for Pope McGlamry's argument are:

(1) Co-Lead Counsel's Petition for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, etc. (ECF Doc. No. 7151); and

(2) The Declaration of Michael L. McGlamry Responding in Opposition to Christopher A. Seeger's Proposed Allocation of Common Benefit Attorneys' Fees, etc. (ECF Doc. No. 8721, responding in Opposition to ECF No. 8447).

Dated: May 11, 2018.

          Respectfully submitted,

          POPE, McGLAMRY, KILPATRICK,
          MORRISON & NORWOOD, P.C.

          /s/ *Michael L. McGlamry*
          Michael L. McGlamry
          Georgia Bar No. 492515
          3391 Peachtree Road, NE, Suite 300
          P.O. Box 191625 (31119-1625)
          Atlanta, GA 30326
          Ph: (404) 523-7706
          Fax: (404) 524-1648
          efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed via the Court's CM/ECF System, which will automatically serve all counsel of record.

Dated:  May 11, 2018

                                         POPE, McGLAMRY, KILPATRICK,
                                         MORRISON & NORWOOD, P.C.

                                         /s/*Michael L. McGlamry*
                                         Michael L. McGlamry
                                         Georgia Bar No. 492515