# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 (AB) <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>      Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>      Defendants. | **Hon. Anita B. Brody** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

## NOTICE OF INTENT TO ARGUE

Pursuant to the Court's Order of May 8, 2018, the undersigned hereby gives notice of his intent to argue at the May 15, 2018 hearing concerning the allocation of attorneys' fees from the Attorneys' Fees Qualified Settlement Fund. The undersigned was included in the definition of "Plaintiffs' Counsel" used by Co-Lead Counsel Christopher Seeger in the Petition for an Award of Attorneys' Fee, etc, filed on February 13, 2017 (ECF Doc. No. 7151). The undersigned was included in the Declaration of Christopher A. Seeger in Support of Proposed Allocation of Common Benefit Fees filed

1

on October 10, 2017 (ECF Doc. No. 8447) and filed a Declaration in Opposition to same on October 27, 2017 (ECF Doc. No. 8697).

Additionally, the undersigned requests that he be heard at the hearing on Tuesday, May 15, 2018, as he is unavailable to attend any proceedings in the present matter that may take place on Wednesday, May 16, 2018, due to a prior commitment.

This the 11th day of May, 2018.

                Hagen Rosskopf  LLC


                /s/ Bruce Hagen_____
                Bruce Hagen
                Georgia State Bar No. 316678

119 N. McDonough Street
Decatur, GA 30030
(404) 522-7553
(404) 522-7744 – fax
Bruce@Hagen-Law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 11, 2018, I caused the foregoing document to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

                                            /s/ Bruce A. Hagen
                                            Georgia State Bar No. 316678

119 N. McDonough Street
Decatur, GA 30030
(404) 522-7553
(404) 522-7744 – fax
Bruce@Hagen-Law.com