IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | No. 2:18-md-02323-AB <br> MDL No. 2323 |
| PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br> Plaintiffs, | Civ. Action No. 14-00029-AB |
| v. | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br> Defendants. | |

PLEASE TAKE NOTICE that pursuant to the Court's order under date of May 8, 2018, Abraham C. Reich, Esquire hereby gives notice of his intent to argue at the May 15, 2018 hearing on Behalf of Mitnick Law Office, LLC concerning the allocation of attorneys' fees from the Attorneys' Fee Qualified Settlement Fund.

The basis for Mitnick Law Office's opposition to Co-Lead Counsel Christopher Seeger's fee allocation recommendation and Mitnick Law Office's argument in support of an independent fee application are based upon the following Documents:

- Co-Lead Counsel Christopher Seeger's fee petition for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses and Application for Holdback. The Document incorporates the Declaration of Craig R. Mitnick, Esquire filed under Document No. 7151 and Exhibit T to Document 7151;

- Mitnick Law Office's petition requesting that the Court order all parties entitled to Common Fund Funds to negotiate with one another in an attempt to reach a universal recommendation with regard to the allocation of Common Benefit Fees filed under Document No. 9577.

FOX ROTHCHILD LLP

By: /s/Abraham C. Reich

ABRAHAM C. REICH, ESQUIRE
I.D. No. 20060
2000 MARKET STREET
20th FLOOR
PHILADELPHIA, PA.
(215) 299-2000

Dated: May 11, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of Co-Lead Class Counsel Anapol Weiss's Notice of Intent to Argue was filed electronically with the Clerk of Court using the Cm/ECF System on May 10, 2018. The CM/ECF System will serve all counsel of record.

MITNICK LAW OFFICE
By: */S/ Craig R. Mitnick*
CRAIG R. MITNICK, ESQUIRE
I.D. No. 50728
35 KINGS HIGHWAY EAST
SECOND FLOOR EAST
HADDONFIELD, NJ 08033

(856) 427-9000
Dated: May 11, 2018