UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Case No. 18-md-2323-AB |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>　　　　　Defendants. | Civil Action No. 14-cv-00029-AB |

THIS DOCUMENT RELATES TO:

ALL ACTIONS

_____

**ZIMMERMAN REED LLP'S NOTICE OF INTENT TO ARGUE**

Pursuant to the Court's May 7, 2018 Revised Order, undersigned counsel for Zimmerman Reed LLP hereby gives notice of its intent to argue at the May 15, 2018 hearing on the allocation of common benefit fees.

During its presentation, Zimmerman Reed will refer to the following motions, memorandums, and declarations:

1. Co-Lead Class Counsels' Petition for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Five Percent of Each Monetary Award and Derivative Claimant Award, and Case Contribution Awards to Class Representatives, Feb. 13, 2017, ECF 7151.

2. Declaration of Christopher A. Seeger In Support of Proposed Allocation of Common Benefit Attorneys' Fees, Payment of Common Benefit Expenses, and Payment of Case Contribution Awards to Class Representatives, Oct. 10, 2017, ECF 8447.

3. Counter-Declaration of Charles S. Zimmerman in Response to Proposed Allocation of Common Benefit Attorneys' Fees, Payment of Common Benefit Expenses, and Payment of Case Contribution Awards to Class Representatives, Oct. 27, 2017, ECF 8722.

4. Omnibus Reply Declaration of Christopher A. Seeger as to Responses, Objections and Counter-Declarations to Proposed Allocation of Common Benefit Attorneys' Fees, Payment of Common Benefit Expenses, and Payment of Case Contribution Awards of Class Representatives, Nov. 17, 2017, ECF 8934.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  May 11, 2018

Respectfully submitted,

ZIMMERMAN REED LLP

s/ J. Gordon Rudd, Jr.
Charles S. Zimmerman – MN #120054
J. Gordon Rudd, Jr. – MN #222082
Brian C. Gudmundson – MN #336695
Michael J. Laird - MN #0398436
1100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 341-0400
Facsimile:  (612) 341-0844
Email: Charles.Zimmerman@zimmreed.com
          Gordon.Rudd@zimmreed.com
          Brian.Gudmundson@zimmreed.com
          Michael.Laird@zimmreed.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of Zimmerman Reed LLP's Notice of Intent to Argue was filed electronically with the Clerk of Court using the CM/ECF System on May 11, 2018. The CM/ECF System will serve all counsel of record.

Dated: May 11, 2018                ZIMMERMAN REED LLP

                                            s/ J. Gordon Rudd, Jr.
                                            Charles S. Zimmerman – MN #120054
                                            J. Gordon Rudd, Jr. – MN #222082
                                            Brian C. Gudmundson – MN #336695
                                            Michael J. Laird - MN #0398436
                                            1100 IDS Center, 80 South Eighth Street
                                            Minneapolis, MN 55402
                                            Telephone: (612) 341-0400
                                            Facsimile: (612) 341-0844
                                            Email: Charles.Zimmerman@zimmreed.com
                                                             Gordon.Rudd@zimmreed.com
                                                             Brian.Gudmundson@zimmreed.com
                                                             Michael.Laird@zimmreed.com

                                            ATTORNEYS FOR PLAINTIFFS