# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-2323 (AB)<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　Defendants.<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | **Hon. Anita B. Brody** |

## NOTICE OF DERRIEL C. McCORVEY'S INTENT TO ARGUE

Pursuant to the Court's Order of May 8, 2018, undersigned Derriel C. McCorvey, owner of McCORVEY LAW, LLC and attorney appointed to the Plaintiff's Steering Committee in this matter by the Court, hereby gives notice of his intent to argue at the May 15, 2018 hearing concerning th allocation of attorneys' fees from the Atorneys' Fees Qualified Settlement Fund.

The basis for McCORVEY LAW, LLC's fee request and proposed allocation framework is based on the following documents:

1) Document No. 7151 (Petition of Co-Lead Counsel Seeger Weiss for an Award of Attorney's Fees, etc. with accompanying exhibits)
2) Document No. 8447 (Declaration of Co-Lead Counsel Christopher A. Seeger regarding Proposed Allocation with accompanying exhibits); and
3) Document No. 8724 (Declaration of Derriel McCorvey responding in Opposition to Christopher A. Seeger's Proposed Allocation of Common Benefit Attorneys' Fees, etc. (ECF Doc. No. 8724, responding in Opposition to ECF No. 8447).

1

Executed on May 11, 2018, at Lafayette, LA.

                             **McCORVEY LAW, LLC**

                             /s/ Derriel C. McCorvey
                             Derriel C. McCorvey
                             LA Bar Roll # 26083
                             TX Bar Roll# 24073351
                             H.D. Register, III
                             LA Bar Roll # 35290
                             102 Versailles Blvd., Ste. 620
                             Post Office Box 2473
                             Lafayette, LA 70502
                             Tel. 337-291-2431
                             Fax 337-291-2433
                             derriel@mccorveylaw.com