# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-02323-AB <br><br> No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br>        Plaintiffs, <br><br>              v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br>        Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## CLASS COUNSEL PODHURST ORSECK, P.A.'S NOTICE OF INTENT TO ARGUE

Pursuant to the Court's Order of May 7, 2018 (No. 18-md-02323, ECF No. 33), Class Counsel Podhurst Orseck, P.A. hereby gives notice of its intent to argue at the May 15, 2018 hearing concerning the allocation of attorneys' fees from the Attorneys' Fees Qualified Settlement Fund. Depending on the particular issues raised, Steven C. Marks, Stephen F. Rosenthal, or Matthew P. Weinshall intends to present argument on behalf of Podhurst Orseck.

Podhurst Orseck's objection and the bases for its arguments can be found in the following docket entries:

- ECF No. 8728, Declaration of Steven C. Marks in Response to Co-Lead Counsel's Proposed Allocation of Common Benefit Attorneys' Fees and Expenses

- ECF No. 7151-8, Declaration of Steven C. Marks in Support of Co-Lead Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Costs and Expenses

- ECF No. 8701, Co-Lead Counsel Anapol Weiss's Proposed Alternative Methodology For the Allocation of Common Benefit Attorney's Fees

- ECF No. 8720-2, Kreindler & Kreindler LLP's Opposition to Co-Lead Counsel's Petition for an Award of Common Benefit Attorneys' Fees

In addition, Polsinelli PC has filed a notice (No. 18-md-02323, ECF No. 33) requesting an opportunity to address a motion on behalf of its client, the Estate of Kevin Turner, challenging our firm's right to a private contractual fee for its representation of Mr. Turner, even though that motion was not noticed for hearing and is unrelated to the allocation issue to be considered. In the event the Court entertains Polsinelli's request at this hearing, we respectfully request additional time to respond to Polsinelli's arguments and address our response to its motion (ECF No. 7071).

DATED: May 11, 2018                    Respectfully submitted,

**PODHURST ORSECK, P.A.**
SunTrust International Center
One S.E. 3rd Ave, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382


By: /s/ Steven C. Marks
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com
MATTHEW P. WEINSHALL
Fla. Bar No. 84783
Email: mweinshall@podhurst.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I caused the foregoing document to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ Steven C. Marks
Steven C. Marks, Esq.